**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-2335**

_____

BRYAN O'NEAL BENSON,

Plaintiff - Appellant,

versus

VANCE COUNTY SHERIFF; JOHN DOE DEPUTY SHERIFF;
LIEUTENANT WELDON BULLOCK,

Defendants - Appellees,

and

SERGEANT STERLIN WALKER,

Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   W. Earl Britt, Senior
District Judge.   (5:05-cv-00506-BR)

_____

Submitted: June 15, 2007               Decided: June 19, 2007

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bryan O'Neal Benson, Appellant Pro Se. James Redfern Morgan, Jr.,
Robert T. Numbers, II, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC,
Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan O'Neal Benson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Benson v. Vance County Sheriff</u>, No. 5:05-cv-00506-BR (E.D.N.C. Dec. 12, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>